**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **THERESA TOWNE** | ) | |
| | ) | |
| **v** | ) | **CIVIL ACTION NO. 3:08-0050** |
| | ) | **JUDGE ECHOLS** |
| **THE HAMILTON-RYKER** | ) | **MAGISTRATE GRIFFIN** |
| **COMPANY and** | ) | |
| **WALDEN BOOK COMPANY, INC.** | ) | |
| | ) | |

---

**ORDER OF DISMISSAL**

---

This cause came to be heard before the Court, whereupon the parties, appearing by and through their attorneys, announced to the Court that all of the matters in issue and in controversy, existing by and between them, have been compromised and settled with the Plaintiff acknowledging receipt of a valuable consideration. It is, accordingly, by agreement of the parties

**ORDERED, ADJUDGED AND DECREED:**

1.      The Plaintiff's suit against the Defendants be and hereby is dismissed with prejudice.

2.      Each party shall bear their own discretionary costs.

**ENTER** this 30th day of March, 2009.

_____
**JUDGE ROBERT L. ECHOLS
UNITED STATES DISTRICT COURT JUDGE**

**APPROVED FOR ENTRY:**


**TILLER-ALLISON, PLLP**


  /s/ James W. Tiller_____
K. Cody Allison, BPR # 20623
James W. Tiller, BPR # 23932
*Attorneys for Plaintiff,*
*Theresa Towne*
501 Union Building
501 Union Street, Suite 502
Nashville, TN 37219


**SPICER, FLYNN & RUDSTROM, PLLC**


  /s/ Allison M. LaRue by Jim Tiller w/express permission_____
Marc O. Dedman, BPR # 14044
Allison M. LaRue, BPR # 22886
*Attorneys for Defendant,*
*The Hamilton-Ryker Company*
Bank of America Plaza
414 Union Street, Suite 1700
Nashville, TN 37219
(615) 259-9080 Phone
(615) 229-1522 Facsimile


.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART**

_/s/ William Rutchow by Jim Tiller w/express permission_____

William Rutchow, BPR # 017183

SunTrust Plaza

401 Commerce Street

Suite, 1200

Nashville, TN. 37219-2446

(615) 254-1900 Phone

(615) 254-1908 Facsimile